BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH STANTON, as Wrongful Death Heir, and as Successor-in-Interest to RONNIE STANTON, Deceased, and SCOTT STANTON and VICKI ZAMMITO, as Wrongful Death Heirs to RONNIE STANTON, Deceased, and AMY STANTON, as Successor-in-Interest to RONNIE STANTON, JR., Deceased, as Legal Heir of RONNIE STANTON, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | 3:14-cv-02511-VC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant METROPOLITAN LIFE INSURANCE COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

Dated: August 12, 2014             By: _____
                                       Vince Chhabria
                                       United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY